UNITED STATES BANKRUPTCY OURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:

FIDEL V. MARTINEZ                                      Case No.: 16-21301-RAM
SSN:   XXX-XX-0733                                     Chapter 13

          Debtor(s)         /

## MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, the Debtor, **FIDEL V. MARTINEZ**, by and through undersigned counsel and files this Motion to Modify Chapter 13 Plan and states as follows:

1. The Debtor filed a Chapter 13 bankruptcy on August 27, 2016.

2. An order confirming the Fourth Amended Plan (4AP) was entered on February 22, 2017 (ECF #71).

3. An order approving the Debtor's Third Modified Plan was entered on September 21, 2018 (ECF #92).

4. The Debtor's plan includes payments to Seterus, Inc., which is a debt secured by the Debtor's homestead property located 11325 SW 123 Terrace, Miami, FL 33176.

5. The first mortgage holder filed a Notice of Mortgage Payment Change on July 16, 2019.  The new mortgage payment is $2,694.20 effective September 1, 2019.

6. The first mortgage holder filed a second Notice of Mortgage Payment Change on July 16, 2019.  The new mortgage payment is $2,736.87 effective December 1, 2019.

7. The Debtor seeks to modify his plan to provide for the notices of payment change filed by the secured lender on his homestead property.

WHEREFORE, the Debtor, **FIDEL V. MARTINEZ**, respectfully requests that this Court grant the Debtor's motion to modify his Chapter 13 plan and grant such other relief as this Court may deem just and equitable under the circumstances.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via Regular U.S. Mail to all parties on the attached service list and via CM/ECF to Nancy K. Neidich, Chapter 13 Trustee, this 23rd day of July 2019.

*CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)*

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade, Esq.
x  Timothy S. Kingcade, Esq., FBN 082309
☐  Jessica L. McMaken, Esq., FBN 580163

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 16-21301-RAM<br>Southern District of Florida<br>Miami<br>Tue Jul 23 15:02:18 EDT 2019 | Federal National Mortgage Association<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue<br>Suite 100<br>Boca Raton, FL 33487-2853 | AT&T<br>PO Box 536216<br>Atlanta, GA 30353-6216 |
| Advantage Assets II, Inc.<br>Assignee of Citibank (South Dakota), NA<br>c/o Andrew D Fleisher, Esq.<br>55 Weston Rd, Ste 300<br>Fort Lauderdale, FL 33326-1170 | AmSher Collection Srv<br>4524 Southlake Parkway<br>Suite 15<br>Hoover, AL 35244-3271 | AmSher Collection Srv<br>4524 Southlake Pkwy Ste<br>Hoover, AL 35244-3271 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Andrew D Fleisher, Esq.<br>The Law Offices of Erskine & Fleisher<br>55 Weston Rd Ste 300<br>Fort Lauderdale, FL 33326-1170 |
| Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bnkunted Fsb<br>7815 Nw 148th St<br>Miami Lakes, FL 33016-1554 |
| Bnkunted Fsb<br>Attn: Bankruptcy Department<br>7815 Nw 148th St.<br>Miami Lakes, FL 33016-1554 | Chase Bank<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank<br>Po Box 24696<br>Columbus, OH 43224-0696 |
| Chase Bank USA, National Assoc<br>c/o Legal Department<br>201 N Walnut St<br>Wilmington, DE 19801-2920 | Checksystems<br>7805 Hudson Rd<br>Saint Paul, MN 55125-1703 | Child Support Enforcemment<br>PO Box 8030<br>Tallahassee, FL 32314-8030 |
| Citibank / Sears<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>S Louis, MO 63179-0040 | Citibank / Sears<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Citibank / Sears<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 |
| Citimortgage Inc<br>Attn: Bankruptcy<br>Po Box 6423<br>Sioux Falls, SD 57117 | Citimortgage Inc<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 | Clerk of Circuit Court of Miami-Dade, FL<br>c/o Harvey Ruvin, The Clerk of Circuit<br>73 West Flagler Street<br>Miami, FL 33130-1711 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Equifax<br>Po Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>Po Box 2002<br>Allen, TX 75013-2002 | FEDERAL NATIONAL MORTGAGE ASSOCIATION (<br>Seterus, Inc.<br>PO Box 1047<br>Hartford CT 06143-1047 |

| | | |
|---|---|---|
| Florida Department Of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0100 | GMAC Mortgage<br>P.O. Box 4622<br>Waterloo, IA 50704-4622 | IRS Centralized Bankruptcy Department<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Katya M Rehders, Esq.<br>3899 NW 7th St STe 202-B<br>Miami, FL 33126-5551 | Miam-Dade County, Florida<br>c/o Thomas H Robertson, Esq.<br>111 NW 1st Street, Ste 2810<br>Miami, FL 33128-1930 | Mortgage Electronic Registration System<br>as Nominee for GMAC, Mortgagle, LLC<br>c/o CT Corporation Syste, RA<br>1200 South Pine Island Road<br>Fort Lauderdale, FL 33324-4413 |
| Nationstar Mortgage, LLC d/b/a Mr. Cooper<br>Attention: Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9096 | Natiowide Recovery Service<br>545 West Inman St<br>Cleveland, TN 37311-1768 | Natiowide Recovery Service<br>Po Box 8005<br>Cleveland, TN 37320-8005 |
| Ocwen Loan Sevicing Llc<br>3451 Hammond Ave<br>Waterloo, IA 50702-5345 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | One West Bank, FSB<br>1270 Northland Dr, # 200<br>Saint Paul, MN 55120-1176 |
| SETERUS, INC.<br>PO BOX 1047<br>HARTFORD, CT 06143-1047 | Seterus, Inc<br>P.O. Box 1179<br>Newark, NJ 07101-1179 | Shapiro, Fishman & Gache, LLP<br>2424 North Federal Highway, Suite 360<br>Boca Raton, FL 33431-7701 |
| Sheridan Er Phys - S Dade<br>PO Box 452169<br>Fort Lauderdale, FL 33345-2169 | Space Coast Credit Uni<br>8045 N Wickham Rd<br>Melbourne, FL 32940-7920 | State of Florida Department of Revenue<br>Child Support Enforcerment Office<br>c/o Judy Langston, Clerk<br>2450 Shumard Oak Blvd, Bldg 1, Fl 2<br>Tallahassee, FL 32399-0001 |
| Syncb/brmart<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/brmart<br>Synchrony Bank<br>Po Box 965064<br>Orlando, FL 32896-5064 | Tania Dominguez<br>c/o Katya M Rehders, Esq.<br>3899 NW 7th St, Ste 202-B<br>Miami, FL 33126-5551 |
| Transunion<br>Po Box 1000<br>Chester, PA 19016-1000 | Wachovia, NA fka First Union Bank<br>1201 Hays Street<br>Tallahassee, FL 32301-2699 | Worldwide Asset Purchasing, LLC<br>as Assignee of Direct Merchants Bank Nat<br>1201 Hays Street<br>Tallahassee, FL 32301-2699 |
| Fidel V Martinez<br>11325 SW 123 Terrace<br>Miami, FL 33176-4414 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 |
| Tony Roca<br>The Roca Law Firm<br>1750 Coral Way<br>2nd Floor<br>Miami, FL 33145-2747 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>Po Box 1027<br>Alpharetta, GA 30009 | (d)American Honda Finance<br>Po Box 168088<br>Irving, TX 75016 | Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 |
| Department of the Treasury<br>Po Box 21126<br>Philadelphia, PA 19114 | Discover Financial<br>Po Box 15316<br>Wilmington, DE 19850 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper      (u)Miami                              End of Label Matrix
                                                                                       Mailable recipients    57
                                                                                       Bypassed recipients     2
                                                                                       Total                  59